IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ECKLES, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES ERICKSON, et al., | : | NO. 06-1870 |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 4th day of JANUARY, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo and Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. In as much as the Pennsylvania Superior Court has dismissed Petitioner's Post Conviction Relief Act (PCRA) petition and there appears to be exhaustion of the claims presented in the habeas petition pending before this court, as well as the Petitioner's notice of his intention to proceed with this petition, the pending habeas is referred to Magistrate Judge Restrepo for a further Report and Recommendation.

BY THE COURT:

S/ James T. Giles
J.